UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CPI AEROSTRUCTURES STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:20-cv-02092 |

NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF DERIVATIVE
SETTLEMENT AND APPROVAL OF SHAREHOLDER NOTICE

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Paul Berger and Keith Moulton will move this Court, on a date and time as may be designated by the Court, before the Honorable Eric N. Vitaliano, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for entry of an order: (i) granting preliminary approval of the proposed Settlement of this derivative action, pursuant to Federal Rule of Civil Procedure 23.1; (ii) approving the form and manner of notice of the proposed Settlement to the Class; and (iii) setting a date for final approval thereof, and a schedule for various deadlines relevant thereto. In support of this motion, Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Matthew M. Houston in Support of the Unopposed Motion For Preliminary Approval.

Dated: June 16, 2022					Respectfully submitted,

/s/ Matthew M. Houston
Matthew M. Houston
Benjamin I. Sachs-Michaels
GLANCY PRONGAY & MURRAY LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
bsachsmichaels@glancylaw.com
mhouston@glancylaw.com

*On Behalf of Plaintiff Keith Moulton*

/s/ Beth A. Keller
Beth A. Keller
LAW OFFICES OF BETH A. KELLER, P.C.
118 North Bedford Road, Suite 100
Mount Kisco, New York 10549
Telephone: (914) 752-3040
Facsimile: (914) 752-3041
bkeller@keller-lawfirm.com

-and-

Laurence D. Paskowitz
PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*On Behalf of Plaintiffs Paul Berger and Robert Garfield*