**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CPI AEROSTRUCTURES STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:20-cv-02092-ENV-CLP |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION**
**FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT, AWARD OF**
**ATTORNEYS' FEES AND EXPENSES, AND PAYMENT OF**
**PLAINTIFFS' SERVICE AWARDS**

PLEASE TAKE NOTICE that on June 7, 2023 at 10:15 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Paul Berger and Keith Moulton will move this Court pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, before Magistrate Judge Cheryl L. Pollak, Courtroom 13B South of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for entry of the [Proposed] Judgment and Final Order, and for such other and further relief as the Court deems appropriate (the "Motion").

This Motion is based on this notice of motion, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Derivative Settlement, Award of Attorneys' Fees And Expenses, and Payment of Plaintiffs' Service Awards, the Declaration of Co-Lead Counsel in Support of Plaintiffs' Motion for Final Approval of Derivative Settlement, Award of Attorneys' Fees and Expenses, and Payment of Plaintiffs' Service Awards, and Exhibits 1 through 10 thereto, the Court's record on this matter, and such other evidence and argument that may be presented to the Court.

Dated: May 17, 2023                                Respectfully submitted,

                                                   /s/ Matthew M. Houston
                                                   Matthew M. Houston
                                                   Benjamin I. Sachs-Michaels
                                                   GLANCY PRONGAY & MURRAY LLP
                                                   745 Fifth Avenue, 5th Floor
                                                   New York, NY 10151
                                                   Telephone: (212) 935-7400
                                                   Facsimile: (212) 753-3630
                                                   bsachsmichaels@glancylaw.com
                                                   mhouston@glancylaw.com

                                                   *On Behalf of Plaintiff Keith Moulton*

                                                   /s/ Beth A. Keller
                                                   Beth A. Keller
                                                   LAW OFFICES OF BETH A. KELLER, P.C.
                                                   118 North Bedford Road, Suite 100
                                                   Mount Kisco, New York 10549

Telephone: (914) 752-3040
Facsimile: (914) 752-3041
bkeller@keller-lawfirm.com

-and-

Laurence D. Paskowitz
PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*On Behalf of Plaintiffs Paul Berger and Robert Garfield*

*Additional Counsel*

Brett D. Stecker
SHUMAN, GLENN & STECKER
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003
brett@shumanlawfirm.com

*On Behalf of Plaintiff Robert Clancy*

Gustavo F. Bruckner
Daryoush Behbood
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
gfbruckner@pomlaw.com
dbehbood@pomlaw.com

*On Behalf of Plaintiff Karen Leslie Wurst*

Lawrence P. Eagel
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5888
eagel@bespc.com

*On Behalf of Plaintiff Dan Woodyard*

2

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2023, I caused the foregoing:

Plaintiffs' Motion for Final Approval of
Derivative Settlement, Award of Attorneys' Fees and Expenses,
and Payment of Plaintiffs' Service Awards

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing  to all counsel of record in this matter who are registered on the CM/ECF.

/s/ Matthew M. Houston
Matthew M. Houston