**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CPI AEROSTRUCTURES STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:20-cv-02092 |
| This Document Relates To:<br><br>ALL ACTIONS | **[PROPOSED] JUDGMENT AND FINAL ORDER** |

Plaintiffs, having moved for final approval of the Settlement set forth in the Stipulation of Settlement, dated June 10, 2022, and the matter having come before the Honorable Eric N. Vitaliano, United States District Judge, and the Court, on ___________, 2022, having issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and having directed the Clerk of the Court to enter judgment, it is

**ORDERED, ADJUDGED AND DECREED:**

1. That this Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice, dated ___________, 2022; and

2. That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice, dated ___________, 2022, Plaintiffs' Motion for Final Approval of Derivative Settlement is hereby granted, and accordingly this case is closed.

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 12/11/2023

Dated: _______________, 2023 By:___

*/s/ Hon. Eric N. Vitaliano*

**Eric N. Vitaliano**
**United States District Judge**